UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Sarah JONES, as guardian, parent, and next friend of her minor child "Jimmy," and John SMITH and Jane SMITH, as guardians, parents, next friends of their minor child "Timmy," on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MASSACHUSETTS INTERSCHOLASTIC ATHLETIC ASSOCIATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Civil Action No. 22-cv-11426-AK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **DEFENDANT'S NOTICE ON STATUS OF INTERIM RESOLUTION**

The suggestion in Plaintiffs' Notice Regarding Status of Interim Resolution ("Notice" (ECF No. 21)) filed yesterday that Defendant Massachusetts Interscholastic Athletic Association ("MIAA") is engaged in something nefarious is totally without basis. Indeed, the undersigned advised the Court on September 9, 2022 (see ECF No. 11), that due to an unexpected death and previously scheduled travel, neither of MIAA's attorneys would be available on September 14 or 15, and only one attorney would be available on September 16, 2022. Hence, as of September 9, the Plaintiffs were already on notice that the earliest that any of MIAA's counsel would not be available was Friday, September 16, 2022. Counsel's lack of availability was reaffirmed to Plaintiffs' counsel by email (which is attached and marked Attachment A). Attachment A at 3. Similarly, with events unfolding at a rapid pace, no negative motive should be attributed to the unavailability of MIAA's Executive Director on Friday.

1

Indeed, the circumstances of the case have changed significantly. When the complaint was first filed, the TEC Connections Academy ("TECCA") was not a member of MIAA or any other athletic association. In fact, there are other athletic leagues/associations, such as the Massachusetts Charter School Athletic Organization ("MCSAO") or the Independent School League ("ISL") that TECCA might be eligible to join.

Now, however, TECCA has applied for MIAA membership, and its application will be presented to the MIAA Board of Directors for approval at its meeting scheduled for September 22, 2022, which is anticipated. See Supplemental Opposition to Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction, ECF No. 17 at ¶ 5. Upon approval of its membership and as set forth in MIAA's Supplemental Opposition, TECCA would then have the right – as an MIAA member – to seek to have its students play at another MIAA school by engaging in the Cooperative Team application process under MIAA's rules. Id. The issue would no longer be one of waiver, but whether TECCA can find an appropriate Coop partner. Thus, the fact that TECCA, a non-party, but the school attended by plaintiffs, Jimmy and Timmy, is on the verge of becoming an MIAA member places the responsibility of finding a soccer team for Timmy on TECCA under MIAA's rules.

By email on Friday, September 16, 2022 (Attachment A), Attorney Simon offered to discuss the implications of the changed circumstances. Despite a conference call that morning and Attorney Simon's later indication that MIAA would have a response by yesterday, September 12, 2002, Plaintiffs instead filed their Notice asking the Court to rule on the pending Motion.

Under these circumstances, the MIAA agrees with Plaintiffs' request that the Court rule on the pending Motion.

Respectfully submitted,

MASSACHUSETTS INTERSCHOLASTIC
ATHLETIC ASSOCIATION

By its attorneys,

/s/ *Kay H. Hodge*
Kay H. Hodge (BBO# 236560)
    khodge@scmllp.com
John M. Simon (BBO# 645557)
    jsimon@scmllp.com
Stoneman, Chandler & Miller, LLP
99 High Street
Boston, MA  02110
(617) 542-6789

Dated: September 20, 2022

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent by first class mail, postage prepaid, to those indicated as non-registered participants on September 20, 2022.

/s/ *Kay H. Hodge*
Kay H. Hodge