## John Simon

| | |
|---|---|
| **From:** | John Simon |
| **Sent:** | Friday, September 16, 2022 10:24 AM |
| **To:** | O'Donnell, Nicholas M.; Kay Hodge |
| **Cc:** | Frank Bailey; Rosenblatt, Ryan; Justin Gomes; Dinardo,    Patrick P. |
| **Subject:** | RE: Meeting |

Hi Nick:

Thank you for your patience. We understand that TECCA's application for membership was incomplete and returned for more information. Please let us know (if you know) where that stands.

Regardless, MIAA remains willing to discuss how to expedite getting TECCA students to play within MIAA rules. Given the changing circumstances of TECCA's impending membership, at least as of this moment, a blanket agreement for waivers for all virtual schools seems unlikely. However, recognizing that Timmy's particular situation is the most pressing, let us know if you have a specific proposal as to him (for example, do you know whether Palmer has agreed/will agree to allow him to play? This would be helpful information).

I am available to discuss most any time today. Let me know. Thanks.

John M. Simon, Esq.
Stoneman, Chandler & Miller LLP
99 High Street
Boston, MA 02110
(617) 542-6789 phone
(617) 340-8587 facsimile
jsimon@scmllp.com

This e-mail and any attachments are confidential and may be privileged.   If you are not the intended recipient, please notify the sender immediately and destroy all copies of the message and any attachments.  Unauthorized dissemination, use or copying of the email or attachments is prohibited.

**From:** O'Donnell, Nicholas M. <nodonnell@sullivanlaw.com>
**Sent:** Friday, September 16, 2022 10:11 AM
**To:** John Simon <JSimon@SCMLLP.COM>; Kay Hodge <KHodge@SCMLLP.COM>
**Cc:** Frank Bailey <frank.bailey@pioneerlegal.org>; Rosenblatt, Ryan <rrosenblatt@sullivanlaw.com>; Justin Gomes <JGomes@SCMLLP.COM>; Dinardo, Patrick P. <pdinardo@sullivanlaw.com>
**Subject:** RE: Meeting

John and Kay,

We remain available this morning as we agreed to wait three days to do to discuss our proposal or any other MIAA would like put forward. I can circulate a dial-in.

If MIAA has concluded it is not willing to any interim compromise, fair enough. We assume, however, that MIAA has reached a decision one way or another by now and it is time to inform the Court.

Please advise at your earliest convenience but in any event before noon so we can update the Court today.

1

Thank you.

Nick

**Nicholas M. O'Donnell**
PARTNER

Sullivan & Worcester LLP
One Post Office Square, Boston, MA 02109
T 617 338 2814
nodonnell@sullivanlaw.com
Bio | vCard | LinkedIn | Twitter
sullivanlaw.com



**SULLIVAN & WORCESTER**

*Celebrating 80 years of client service*

BOSTON    LONDON    NEW YORK    TEL AVIV    WASHINGTON, DC

**From:** O'Donnell, Nicholas M. <nodonnell@sullivanlaw.com>
**Sent:** Tuesday, September 13, 2022 4:23 PM
**To:** John Simon <JSimon@SCMLLP.COM>; Kay Hodge <KHodge@SCMLLP.COM>
**Cc:** Frank Bailey <frank.bailey@pioneerlegal.org>; Rosenblatt, Ryan <rrosenblatt@sullivanlaw.com>; Justin Gomes <JGomes@SCMLLP.COM>
**Subject:** RE: Meeting

John,

TECCA submitted its MIAA membership application today, which we assume will be granted in short order. Given that MIAA's principal objection stated in its opposition papers is TECCA's non-membership in MIAA, we would therefore propose that MIAA suspend application of its rule change/clarification for the current academic year, and allow virtual school students (who will be under the supervision of an MIAA member principal) to play with a waiver as they had, and to permit the legal and factual questions to be litigated and answered fully as the Court suggested.

We are mindful of the difficulties in your week and schedule, so if you are not available until Friday we can discuss it then. We would ask, however, that MIAA itself have reached a decision by then on this proposal and/or be available to discuss on the call itself. I would propose 10AM.

Regards,

Nick

**Nicholas M. O'Donnell**
PARTNER

Sullivan & Worcester LLP
One Post Office Square, Boston, MA 02109
T 617 338 2814
nodonnell@sullivanlaw.com
Bio | vCard | LinkedIn | Twitter
sullivanlaw.com



**SULLIVAN & WORCESTER**

*Celebrating 80 years of client service*

BOSTON   LONDON   NEW YORK   TEL AVIV   WASHINGTON, DC

**From:** John Simon <JSimon@SCMLLP.COM>
**Sent:** Tuesday, September 13, 2022 3:08 PM
**To:** O'Donnell, Nicholas M. <nodonnell@sullivanlaw.com>; Kay Hodge <KHodge@SCMLLP.COM>
**Cc:** Frank Bailey <frank.bailey@pioneerlegal.org>; Rosenblatt, Ryan <rrosenblatt@sullivanlaw.com>; Justin Gomes <JGomes@SCMLLP.COM>
**Subject:** RE: Meeting

Hi Nick:

Thanks for your email. As you know, we have a close-of-business deadline for supplementing this morning's filing, which we are now scrambling to complete. Also, I am entirely out of pocket the next couple of days, as is Kay. Can we perhaps try to schedule a time Friday or early next week to discuss? Maybe even better, to the extent that Plaintiffs have some specific proposal(s) in mind, forwarding us any thoughts on that could be helpful in trying to move forward.

Let us know. Thanks.

John M. Simon, Esq.
Stoneman, Chandler & Miller LLP
99 High Street
Boston, MA 02110
(617) 542-6789 phone
(617) 340-8587 facsimile
jsimon@scmllp.com

This e-mail and any attachments are confidential and may be privileged.   If you are not the intended recipient, please notify the sender immediately and destroy all copies of the message and any attachments.  Unauthorized dissemination, use or copying of the email or attachments is prohibited.

**From:** O'Donnell, Nicholas M. <nodonnell@sullivanlaw.com>
**Sent:** Tuesday, September 13, 2022 12:34 PM
**To:** Kay Hodge <KHodge@SCMLLP.COM>
**Cc:** John Simon <JSimon@SCMLLP.COM>; Frank Bailey <frank.bailey@pioneerlegal.org>; Rosenblatt, Ryan <rrosenblatt@sullivanlaw.com>
**Subject:** Meeting

Kay,

My congratulations on a well-argued hearing.

Consistent with the Court's instructions, we are available to discuss possible interim solutions at any time. We can also loop in someone from TECCA, so we could get right to the heart of what TECCA can do to the extent that bears on the solution. We think it would likewise be constructive for someone at MIAA to be involved to avoid any lag in information or decision-making.

To give everyone time to catch their breaths and speak with the client, I'd suggest any time after 1:30, I can send a Zoom invite.

Best,

Nick

**Nicholas M. O'Donnell**
PARTNER

Sullivan & Worcester LLP
One Post Office Square, Boston, MA 02109
T 617 338 2814
nodonnell@sullivanlaw.com
Bio | vCard | LinkedIn | Twitter
sullivanlaw.com



**SULLIVAN & WORCESTER**

*Celebrating 80 years of client service*

BOSTON   LONDON   NEW YORK   TEL AVIV   WASHINGTON, DC

This message is intended to be confidential and may be legally privileged. It is intended solely for the addressee. If you are not the intended recipient, please delete this message from your system and notify us immediately. Any disclosure, copying, distribution or action taken or omitted to be taken by an unintended recipient in reliance on this message is prohibited and may be unlawful.

This email has been scanned for spam & viruses. If you believe this email should have been stopped by our filters, click here to report it.

This message is intended to be confidential and may be legally privileged. It is intended solely for the addressee. If you are not the intended recipient, please delete this message from your system and notify us immediately. Any disclosure, copying, distribution or action taken or omitted to be taken by an unintended recipient in reliance on this message is prohibited and may be unlawful.