**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SARAH JONES, *as next friend of her minor child "Jimmy," on behalf of herself and all others similarly situated*; <br><br> and <br><br> JOHN SMITH and JANE SMITH, *as next friends of their minor child "Timmy," on behalf of themselves and all others similarly situated;* <br><br> Plaintiffs, <br><br> v. <br><br> MASSACHUSETTS INTERSCHOLASTIC ATHLETIC ASSOCIATION, <br><br> Defendant. | Civil Action No.: 1:22-cv-11426-AK |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), as the Defendant has not served either an answer or a motion for summary judgment, Plaintiffs Sarah Jones, as next friend of her minor child "Jimmy," on behalf of herself and all others similarly situated, and John Smith and Jane Smith, as next friends of their minor child "Timmy," on behalf of themselves and all others similarly situated, by and through undersigned counsel, hereby give notice of their voluntary dismissal of this case without prejudice.

Dated:  November 17, 2022

Respectfully submitted,

Sarah JONES, as next friend of her minor child "Jimmy," on behalf of herself and all others similarly situated, and John SMITH and Jane SMITH, as guardians, parents, and next friends of their minor child "Timmy," on behalf of themselves and all others similarly situated,

By their attorneys,

/s/ *Nicholas M. O'Donnell*
Nicholas M. O'Donnell (BBO #657950)
*nodonnell@sullivanlaw.com*
Patrick P. Dinardo (BBO# 125250)
*pdinardo@sullivanlaw.com*
Ryan M. Rosenblatt (BBO# 698490)
*rrosenblatt@sullivanlaw.com*
Anna Lea Setz (*pro hac vice forthcoming*)
*asetz@sullivanlaw.com*
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA  02109
Tel: 617.338.2800
Fax: 617.338.2880

and

Frank J. Bailey (BBO # 026485)
President
PIONEERLEGAL, LLC
185 Devonshire Street
Boston, MA 02110
M: 617 877 9511
Frank.bailey@pioneerlegal.org

## CERTIFICATE OF SERVICE

I, Nicholas M. O'Donnell, certify that on November 17, 2022, I caused the foregoing document to be filed through the Court's ECF system, which will cause copies of the document to be sent electronically to the registered participants as identified on the Notice of Electronic Filing, including Defendant's counsel.

/s/ *Nicholas M. O'Donnell*
Nicholas M. O'Donnell