# United States Court of Appeals
## For the First Circuit

No. 22-1784

SARAH JONES, as guardian, parent and next friend of her minor child "Jimmy," on behalf of herself and all others similarly situated; JOHN SMITH and JANE SMITH, as guardians, parents and next friends of their minor child "Timmy," on behalf of themselves and all others similarly situated,

Plaintiffs - Appellants,

v.

MASSACHUSETTS INTERSCHOLASTIC ATHLETIC ASSOCIATION,

Defendant - Appellee.

**JUDGMENT**

Entered: December 6, 2022
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellants' motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(2).

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Frank J. Bailey
Nicholas M. O'Donnell
Patrick P. Dinardo
Ryan Rosenblatt
Kay H. Hodge
John Matthew Simon